UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSE ALONZO CORPUS,

Plaintiff,

v.

JAILER TONY BENNETT, ET AL.,

Defendants.

Case No. 00-2060 ADM/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

---

You are hereby given notice that the Rule 16 pretrial conference in the above referenced case previously scheduled for December 20, 2000, has been moved. The pretrial conference will take place on **December 19, 2000 at 10:45 a.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: 12/12/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed DEC 12 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________