**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Jose Alonzo Corpus,

Plaintiff,

v.

Jailer Tony Bennett and County of LeSueur and Sheriff Pat W. Smith,

Defendants.

Civil No. 00-2060 (ADM/AJB)

**ORDER ON MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION**

This matter is before the Magistrate Judge on defendants' motion to compel plaintiff's attendance for purposes of conducting an independent medical examination. Plaintiff commenced this action in Minnesota, but presently resides in Texas. Defendants initially scheduled an IME to take place in Minnesota on September 6, 2001,[1] with Dr. Frederick T. Strobl, but plaintiff has indicated that he is unable to attend a medical examination in Minnesota for financial reasons. Defendants seek an order requiring plaintiff to attend an examination in Minneapolis, Minnesota, and at plaintiff's own expense. Defendant further seeks costs incurred in bringing this motion.

Based upon the file and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to compel plaintiff to attend an independent medical examination and for costs relating to this motion is **granted in part and denied in part** [Docket No. 13].

---

[1] Subsequently rescheduled for September 20, 2001.



SEP 05 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendants' request for an award of costs and attorney fees in the amount of $500 is denied. No costs or attorney fees are awarded with respect to this motion.

3. Defendants' request that plaintiff be required to attend an IME pursuant to Fed. R. Civ. P. 35 is granted on conditions stated herein. Defendants shall promptly cancel a medical examination scheduled to take place in Minnesota on September 20, 2001. Defendants may schedule an independent medical examination for plaintiff, to take place in Texas, or an adjacent state in the United States, at a location no more than 100 miles from plaintiff's city of residence. Plaintiff shall be liable for payment of any cancellation fee, up to a maximum of $100.00, arising out of cancellation of a previously scheduled medical examination in Minnesota. Parties shall make all reasonable efforts to schedule expert medical depositions, including treating physician depositions and independent examining physicians, to take place in the vicinity of plaintiff's residence in Texas, and in a manner that will minimize time and expenses of traveling to Texas by counsel and parties.

Dated: September 5, 2001

Arthur J. Boylan
United States Magistrate Judge