**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jose Alonzo Corpus,

Plaintiff,

v.

Jailer Tony Bennett and
County of LeSueur and
Sheriff Pat W. Smith,[1]

Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-2060 ADM/AJB

---

Ross L. Leuning, Esq., Walbran, Furness & Leuning, Owatonna, MN, appeared for and on behalf of Plaintiff.

Jon K. Iverson, Esq., Iverson Reuvers, Bloomington, MN, appeared for and on behalf of Defendants.

---

On December 11, 2001, the Motion for Summary Judgment [Doc. No. 19] of Defendants was argued before the undersigned United States District Judge. For reasons specified on the record, and based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 19] is **GRANTED**, without prejudice as to the claims against Jailer Tony Bennett in his individual capacity asserted in Civil No. 01-2060.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: December 12, 2001

[1] The current Sheriff of LeSueur County is Sheriff Dave Gliszinski.

DEC 1 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK